| U. S. Postal Service ROUTING SLIP | Office or Room No. | ☐ Approval ☐ Signature |
|---|---|---|
| To: 1 Plant Manager | | ☐ Comment ☐ See Me ☐ As Requested |
| 2 (David McClelland) | | ☐ Information ☐ Read and Return |
| 3 | | ☐ Read and File ☐ Necessary Action |
| 4 | | ☐ Investigate ☐ Recommendation ☐ Prepare Reply |
| 5 | | ☐ |
| From: Richard W. McLaughlin | | Phone No. |
| Date 03/02/10 | | Room No. |

Remarks: Respectfully, request permission to speak with the plant Manager concerning Personal matters.

*Richard W. McLaughlin*

Plant Manager Refused
to speak with Me on
these issues

ITEM **0-13,** April 1998   (Additional Remarks on Reverse)

Rec'd
3-2-10
*JM*

October 23, 2011

On October 23, 2011, while starting to eat
my lunch, I notice, someone had cut
my bowl, that, I eat cereal in. This is not
the first incident, that happen, with me, My
truck was keyed, and I am being followed everywhere
that, I go, I am pretty sure someone in the
Postal Service have bug my Cars. I am
followed every night to work and back home.
Beginning in 1999-2001, I found a bolt in my grits
and eggs. This truly is against my constitutional right
as a American Citizen, who served 10 years active
duty, I fought for others freedom but since
I have been in the Postal Service for the
13 years or so, I don't feel free, being
watch and scrutinize why, Because I feel served
EEO's, But everything I spoke about was
was true!!





# REGINALD LUSTER
## PROFESSIONAL ASSOCIATION
### ATTORNEY AT LAW

Reginald Luster, Esquire

1751 UNIVERSITY BOULEVARD SOUTH
JACKSONVILLE, FLORIDA 32216

January 9, 2012

T: (904) 725-6655
F: (904) 725-6658
www.rlusterlaw.com

Mr. Richard W. McLaughlin
7452 Cliff Cottage Drive
Jacksonville, Florida 32244

Re:   Discrimination: Race

Dear Mr. McLaughlin:

This letter follows our meeting of January 9, 2012. I advised you that I do not recommend that you file a Charge of Discrimination on your current concerns in that you advised that were are no problems with your supervisor or co-employees. Please be advised that you may have a right, if you so desire, to file a charge of discrimination, complaint or lawsuit against persons or entities in connection with your employment problem. Such a charge, complaint or lawsuit must be filed within a certain time period or it will be forever barred. If you feel you have been discriminated against, then you must file a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC") within 300 days of the discriminatory act. You may write the EEOC at: U.S. Equal Employment Opportunity, Miami District Office, One Biscayne Tower, 2 South Tower Biscayne Boulevard, Suite 2700, Miami, Florida 33131. Alternatively, you may telephone the EEOC at (800) 669-4000. You may also contact the Jacksonville Human Rights Commission at 117 W. Duval Street, Jacksonville, Florida 32202. The telephone number for that office is (904) 630-4911.

Additionally, if you feel that your automobile is being 'bugged' or contains a 'tracking devise', contact the Spy Shop at 10513 Atlantic Boulevard, Jacksonville, Florida 32225. Their phone number is 904-996-8385. They should be able to assist you.

In addition to employment discrimination, I also practice in the areas of personal injury law, wrongful death law and insurance law in Federal and State courts. If I could be of service to you in the future, please do not hesitate to contact me.

Very Truly Yours,

Reginald Luster

RL/tlb

11-27-12

My Car was damage on Postal Property.
On Postal Property (11-23-12,) at on the 23
Day of NOVEMber 2012 at the Postal office
at the NDC, When, I was on Emergency Leave,
and Notice My Car was Damage. The time
was at 07:30 when, I got off and Notice My
Car was smashed.

I talk to TYRONE STANLEY
+ DOCUMENTED THAT SOMEONE
MY DRIVER ON POSTAL PROPERTY





# Continuing Violation Doctrine.

05/11/13

Probably for about June 04, 2004 until now, I have written about the discrimination, from Avi let out my tires to damage of vehicle from being followed by mostly white males driving single, only one person in the vehicle, most the time in big trucks, cars. Being in the military, I am constantly conscious aware of my surroundings. That, I knew this was a network of more than one individual. I started to notice every time, I went to work, specifically the same appointed time, this have went on for a period of at least eight years. I drive down 295 to work begin noticing cars, trucks etc. would mostly tailgate me up in to a certain point and turn off. Sometimes, cars trucks would drive in front of me because, they knew, I was going work, so it had to be someone from the inside of the NDC. I would drive normal and the car, truck a network of people was in on this. Sometimes car would stop at the green light. Stopping at the railroad track. I never seen so much intimidation the only thing that connect me with my one employee, so I no it wasn't one or two employee's but like I always suspected that it was Management. Because the damaging of my vehicle, are supposed to be under surveillance but until this day. No one has been to caught damaging cars, My lastest damage was NOV 12, while going to Flushing to go to a funeral, I notice my red toyota was smash the driver side. I reported it to the division. I also took a photos of my car damage on the driver side door shows alot of evidence, that someone or many people are behind this retaliation.

# 7452 Cliff Cottage Dr.





Adams Homes is no longer constructing this unique
2 story model.

## Sale
## Price
## 238,000





| | |
|---|---|
| 2,264 Heated Square Feet | New Gutters |
| 4 Bedrooms/2.5Baths | 2-car Garage |
| 20X20 Family Room | Kitchen Appliances |
| Master Bedroom down Stairs | Home Warranty |
| Master Bath has Marble Tub | Garden Tub separate Shower |
| Open Patio | Like New, Build 2001 |

This property is located within minutes of shopping, post office, golf course, I-295 and schools.
We encourage qualified buyers to take a further look inside.



To View, Please Call:
**Valarie Currelley,** Realtor®
Cellular (904) 655-0767
Office: (904) 899-6936
    Or Visit
www.valarie-pcf.com



Watson Realty Corp. REALTORS®


**UNITED STATES**
**POSTAL SERVICE**

## UNITED STATES POSTAL SERVICE
## EQUAL EMPLOYMENT OPPORTUNITY
## IN THE MATTER OF:

RICHAD W. MCLAUGHLIN
7452 Cliff Cottage Drive
Jacksonville FL  32244-4450
Complainant,

Delivery Confirmation Complainant:
    0312 1430 0002 6515 3158

    v.

PATRICK R. DONAHOE
Postmaster General
United States Postal Service
Southern Area
Agency.

Agency Case Number: 1G-322-0019-13

Date Formal Filed:  June 13, 2013

### *DISMISSAL OF FORMAL EEO COMPLAINT*

The agency acknowledges the receipt of the formal complaint of discrimination referenced above.  This is the Postal Service's final decision on the above-cited discrimination complaint.

<u>Specific Issue(s)</u>: You allege discrimination based on Race (African American) and Retaliation (Prior EEO Activity) when:[1]

1. Since April 26, 2013 you have been followed and harassed by employees from the NDC facility; and
2. On an unspecified date your personal vehicle vandalized.

<u>Chronology</u>

You were a Mail Handler at the agency's Jacksonville NDC facility at the time of the alleged discriminatory action.  The record reflects that you requested pre-complaint processing on May 7, 2013, and received Notice of Right to File Individual Complaint (PS Form 2579-A) on June 11, 2013.  Subsequently, on June 13, 2013, you filed a formal complaint of discrimination with the agency.

---

[1] It is also noted in your formal complaint, you provided information that predates the 45-day timeframe preceding your EEO contact date on the instant case.  Under 29 C.F.R. 1615.105(a)(1) an aggrieved person must initiate contact with a counselor within 45 days of the date of the matter alleged to be discriminatory. EEOC Regulations found at 29 C.F.R. 1614.107(a)(2), state that prior to a request for a hearing in a case, the agency shall dismiss an entire complaint that fails to comply with the applicable time limits contained in 1614.105.   Therefore only those incidents occurring on or after March 23, 2013 are considered timely.  Please note that 45 days prior to the date of initial EEO contact (May 7, 2013) is <u>March 23, 2013</u>.  Further, records indicate that you have engaged in prior EEO activity and thus have established your knowledge of the EEO process and the timeframes involved in raising a timely complaint.

**P.O. Box 21979**
**Tampa, FL 33622-1979**

Analysis and Conclusion

    1.  Since April 26, 2013 you have been followed and harassed by employees from the NDC facility.

29 C.F.R. §1614.107(a) states that prior to a request for a hearing in a case, the agency shall dismiss an entire complaint that fails to state a claim under 29 C.F.R. §1614.103 or 29 C.F.R. §1614.106(a). The regulations provide that an agency may not accept a complaint from a complainant who is not aggrieved. The Commission's federal sector case precedent has long defined an "aggrieved employee" as one who suffers a present harm or loss with respect to a term, condition, or privilege of employment for which there is a remedy. *Diaz v. Department of the Air Force*, EEOC Request No. 05931049 (April 21, 1994).

Generally, to be aggrieved, you must demonstrate that you suffered an injury and that the agency's allegedly unlawful conduct caused that injury. Additionally, you must identify a causal connection between the challenged conduct and the injury and must show that there is a substantial likelihood that the relief requested will redress the injury which you allegedly have suffered. Stated another way, unless you have suffered a direct and personal deprivation at the hands of the agency, you cannot properly be considered a "person aggrieved" under the Commission's regulations and thus you are without standing to file a charge. The central issue is whether you can demonstrate the incidence of an actual personal loss or harm and you would personally benefit in a tangible way from a remedy available through the EEO complaint process.

Under EEO law and case precedent, not every work-related issue involves a term, condition, or privilege of employment. For example, the Commission has repeatedly found that claims involving a few isolated incidents of alleged discrimination usually are not sufficient to state a claim individually or collectively as a harassment claim. See *Phillips v. Department of Veterans Affairs*, EEOC Request No. 05960030 (July 12, 1996) and *Banks v. Health and Human Services*, EEOC Request No. 05940481 (February 16, 1995).

In the instant complaint you alleged you were harassed when since April 26, 2013 you have been followed by employees at the NDC. You go on to state you are followed to and from work and sometime to places outside of work, i.e. the mall, school and different cities. You further state you believe the harassment is a result of your freedom of speech. However you never state that you suffered any personal loss related to a term, condition or privilege of employment, nor do you indicate that you received or were issued any corrective or adverse action as a result of the alleged incidents.

The allegation lacks the specificity required by 29 C.F.R. §1614.106 (c). The Commission has long ruled that vague assertions of being harassed and/or intimidated fail to state an actionable claim. See *Bejar v. Department of Veterans Affairs*, EEOC Appeal No. 0120080722 (February 12, 2008), the Office of Federal Operations stated, "We find that many of Complainant's claims are vague and speculative." See also, *Owens v. Social Security Administration*, EEOC Appeal No. 01A63022 (August 24, 2006) ("Complainant further makes vague allegations that CW threatened her, but does not identify any specific incidents or the nature of such threats."). The Commission has also ruled that such vague assertions about being harassed and/or intimidated, fail to state an actionable claim. See *Downing v. U.S. Postal Service*, EEOC

Appeal No. 01A61850 (July 18, 2006) ("The Commission determines that complainant's vague assertion that she was harassed and intimidated by M1 is not sufficiently severe or pervasive to state a claim of harassment."), *citing Cobb v. Department of the Treasury*, EEOC Request No. 0590077 (March 13, 1997). *Accord, Lyles v. U.S. Postal Service*, EEOC Appeal No. 01A44029 (January 14, 2005), ("*...Complainant's narrative statement is too vague to state an actionable claim of harassment....*")

Therefore, there is no persuasive evidence in the record that you were subjected to any adverse employment action or denied any entitlement in relation to a term, condition or privilege of employment as a result of the incident you raise in your complaint. The totality of the circumstances and the actions complained of, even if true, are neither sufficiently severe nor pervasive enough to create a discriminatory hostile or abusive working environment. *See Harris, supra*; *Burns v. U.S. Postal Service*, Appeal No. 01A60420 (May 10, 2006) and *Simpson v. Department of Transportation*, Appeal No. 01A53663 (May 2, 2006), both citing *Cobb v. Department of the Treasury*, EEOC Request No. 05970077 (March 13, 1997). Although it may be that you were unhappy with the actions of your Supervisor, it must be recognized that Title VII and EEOC regulations are not intended to be used as a general civility code, but rather forbid "only behavior so objectively offensive as to alter the conditions of the victim's employment." See *Oncale v. Sundowner Offshore Services., Inc.*, 523. U.S. 75, 81 (1998). Accord, *Vore v. Indiana Bell Telephone Company*, 32 F.3d 1167 (7th Cir. 1994) (noting that Title VII does not create a right to work in a pleasant environment; merely one that is free from discrimination.).

With regards to your claim of retaliation, the Commission has stated that adverse actions need not qualify as "ultimate employment actions" or materially affect the terms and conditions of employment to constitute retaliation. *Lindsey v. U.S. Postal Service*, EEOC Request No. 05980410 (November 4, 1999) (*citing EEOC Compliance Manual, No. 915.003 (May 20, 1998)*). Instead the statutory retaliation clauses prohibit any adverse treatment that is based upon a retaliatory motive and is reasonably likely to deter the charging party or others from engaging in protected activity. With that said the agency finds that the allegation, assumed to be true, would not be sufficiently severe or pervasive to establish you were subjected to harassment and is unlikely to deter protected activity.

And while you are seeking compensatory damages, the Commission has held that a complaint is not converted into a processable claim merely because the complainant seeks compensatory damages. See *Ulanoff v. U.S. Postal Service*, EEOC Request No. 05950396 (January 26, 1996)

Therefore, your complaint alleging discrimination as cited above in issue # 1 is **dismissed** as failing to state a claim in accordance with 29 C.F.R. §1614.107(a)(1).

------------------------------------------

   2.  On an unspecified date your personal vehicle vandalized.

Pursuant to 29 C.F.R. §1614.107(a)(1) provides that prior to a request for a hearing in a case, the agency shall dismiss an entire complaint that fails to state a claim under 29 C.F.R. §1614.103

or 29 C.F.R. §1614.106(a) or that states the same claim that is pending before or has been decided by the agency or the Commission.

A review of the instant issue reveals your most recent formal complaint, EEO case # 1H-322-0007-10, alleging your personal vehicle had been vandalized and you had been followed to work filed on May 1, 2010. In that complaint you on multiple occasions your tires were flatten while on postal property. You also provided receipts from the dealership indicating a tire had been repaired. These receipts date back to 2008. The Agency reviewed your formal complaint and issued a dismissal decision on May 11, 2011. The record indicates you did not appeal the Agency's decision, therefore processing on that complaint ceased.

It should be noted in reviewing the instant complaint you did not provide any current incident date. However, in your attached narrative, you state this issue/incident occurred more than a year ago. Additionally, the record contains management's statement that years ago you made him aware of vandalism to your car and the matter was looked into, but you have not made him aware of any new incidents of vandalism.

The Office of Federal Operations has affirmed the dismissals of complaints where the matters raised are identical to those raised in a previous complaint or request for pre-complaint counseling. *See generally Terhune v. U.S. Postal Service*, EEOC Request No. 05950907 (July 18, 1997. *See Rainville v. U.S. Postal Service*, EEOC Appeal No. 01A51952 (May 4, 2006) (identical issue settled in a previous complaint) and *Porter v. U.S. Postal Service*, EEOC Appeal No. 01A02013 (February 12, 2003) (identical issues previously decided by the Commission). See also, *Hogan v. U.S. Postal Service*, EEOC Appeal No. 01A24892 (January 30, 2003) and *Smith v. U.S. Postal Service*, EEOC Appeal No. 01A14221 (November 5, 2002) (termination claims identical to those raised in complaints under investigation); *Mozee v. U.S. Postal Service*, EEOC Appeal No. 01A20805 (October 16, 2002) and *Bailey v. U.S. Postal Service*, EEOC Appeal No. 01A20804 (October 11, 2002) (continuing denial of a requested accommodations identical to previous accommodation complaints).

Therefore, the record shows that your issue # 2 is identical to a previous complaint and is now **dismissed** in accordance with 29 C.F.R. §1614.107(a)(1) as stating the same claim that is pending before or has been decided by the agency or Commission.

Appeal to the Equal Employment Opportunity Commission

If you are dissatisfied with this decision you may appeal to the Equal Employment Opportunity Commission **within 30 calendar days** of the date of your receipt of the Agency's final action, or, if you are represented by an attorney, **within 30 calendar days** of your attorney's receipt of this action. The appeal must be in writing and filed with the Director, Office of Federal Operations, Equal Employment Opportunity Commission, P.O. Box 77960, Washington, D.C. 20013-8960, or facsimile to (202) 663-7022. The complainant should use EEOC Form 573, Notice of Appeal/Petition, (attached to the agency's decision) and should indicate what he or she is appealing. Any supporting statement or brief must be submitted to the EEOC within 30 calendar days of filing the appeal. A copy of the appeal and any supporting documentation must also be submitted to the agency's designated office: National EEO Investigative Services Office, P.O.

Box 21979, Tampa, FL 33622-1979. In or attached to the appeal to the EEOC, you must certify the date and method by which service of the appeal was made on the agency's office.

Failure to file within the 30-day period could result in the EEOC's dismissal of the appeal unless you explain, in writing, extenuating circumstances which prevented filing within the prescribed time limit. In this event, extending the time limit and accepting the appeal will be discretionary with the EEOC.

If you file an appeal with the EEOC's Office of Federal Operations, you may thereafter file a civil action in an appropriate U.S. District Court **within 90 calendar days** of your receipt of the Office of Federal Operations' decision. A civil action may also be filed after 180 calendar days of your appeal to the EEOC, if you have not received a notice of final action on your appeal.

Right to file a civil action

In lieu of filing an appeal with the Equal Employment Opportunity Commission, you may file a civil action in an appropriate U.S. District Court **within 90 calendar days** of your receipt of this decision. If you choose to file a civil action, that action should be captioned **Richard W. McLaughlin vs. Patrick R. Donahoe, Postmaster General, U.S. Postal Service**. You may also request the court to appoint an attorney for you and to authorize the commencement of that action without the payment of fees, costs, or security in such circumstances as the court deems just. Your application must be filed within the same 90-day time period for filing the civil action.


*Pattie Middleton*                                    July 24, 2013

Pattie Middleton                                      Date
EEO Services Analyst

Attachment:    EEOC Form 573, "Notice of Appeal/Petition"
               PS Form 2570, EEO Dispute Resolution Specialist's (DRS) Inquiry Report

| U.S. Postal Service<br>**EEO Dispute Resolution Specialist's (DRS) Inquiry Report** | **Case No.**<br>**1G-322-0019-13** |
| --- | --- |

**NOTICE OF RESTRICTED USAGE**

Access to, and usage of, this EEO report is restricted by both the Freedom of Information Act and the Privacy Act to: (1) the complainant and his or her representative, and (2) government officials who must have access to the files to discharge their OFFICIAL duties. The report must be safeguarded. Willful violations of these requirements are subject to criminal penalties (5 U.S.C. 552a(i)).

## Complainant

| Name (Last, First, MI)<br>**McLaughlin, Richard W** | | SSN or EIN<br>**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** |
| --- | --- | --- |
| Home Address (No., Street, City, State, ZIP + 4)<br>**7452 Cliff Cottage Dr**<br>**Jacksonville FL 32244** | Work Address (Facility Name, No., Street, City, State, ZIP + 4)<br>**Jacksonville NDC**<br>**7415 Commonwealth Ave**<br>**Jacksonville FL 32099-9998** | |

| Home Telephone No.<br>**(904)402-6174** | Email Address | Office Telephone No.<br>**(904)783-7125** | |
| --- | --- | --- | --- |
| Position Title<br>**Mail Handler** | Grade Level<br>**M-04** | Tour<br>**1** | Duty Hours |
| Off Days (For Tour I, record of nights)<br>**Sun/Mon** | Is EEO Poster 72 on display in Complainant's facility?<br>☒ Yes, verified on date **May 22, 2012**  ☐ No | | |
| Preference Eligible<br>☐ Yes  ☒ No | Mixed Case<br>☐ Yes  ☒ No | MSPB Appeal Filed?<br>☐ Yes  ☒ No  If Yes, Date Filed: | |

## Chronology of Informal Process

| Date of Incident<br>**4/26/2013** | Date of Initial Contact with EEO Office<br>**5/7/2013** | Date of Initial Interview<br>**5/22/2013** |
| --- | --- | --- |
| REDRESS™ Overview<br>☐ Yes  ☒ No | ADR Election Form Signed<br>☐ Yes  ☒ No | 60 Day Extension Form Signed<br>☐ Yes  ☒ No  If Yes, Expiration Date: |
| Date Complainant Signed or Received Notice of<br>Right to File  **6/11/2013** | Date DRS Report Requested<br>**6/18/2013** | Date DRS Report Submitted<br>**06/20/2013** |

## Basis for Alleged Discrimination

Check and Particularize Each that Applies

| | |
| --- | --- |
| ☐ 1. Race (Specify): | ☐ 6. Age (Specify Date of Birth): |
| ☐ 2. Color (Specify): | ☐ 7. Physical Disability (Specify): |
| ☐ 3. Religion (Specify): | ☐ 8. Mental Disability (Specify): |
| ☐ 4. Sex (Specify): | ☐ 9. Genetic Information (Specify): |
| ☐ 5. National Origin (Specify): | ☒ 10. Retaliation (Specify Cited Prior EEO Activity):<br>**1H-322-0018-07  1H-322-0007-10** |

Discrimination Claim(s):
The Counselee alleges discrimination based on prior EEO activity when on 4/26/2013, he was followed to and from work and his personal vehicle was vandalized.

Requested Resolution
The Counselee requested that management provide a credible threat report on Mr. David Rubach and to complete an investigation into all issues he has presented.
On PS Form 2565 counselee request compensation for pain and suffering for the past 13 years – this matter was not discussed during the pre-complaint process.

PS Form **2570**, October 2010 (Page 1 of 3)

Please check All That Apply.

☒ 1. I informed counselee of the impartial role of the Dispute Resolution Specialist in the EEO complaint process, explained the EEO process, and provided counselee with the booklet, *What You Need to Know About EEO* -- an overview of the EEO process in the Postal Service.

☒ 2. I notified counselee of his/her right to be accompanied, represented, and advised by a representative of his/her choice at any stage in the complaint process. If counselee elected representation, I obtained the following information:

Representative's Name:_____

Title:_____ Telephone Number: _____

Fax No: _____ Email Address:_____

Mailing Address: _____

☒ 3. I advised counselee of his/her right to remain anonymous during pre-complaint counseling and he/she DID __X__ waive anonymity.

☒ 4. I explained the privacy act notice. Counselee signed a copy of the notice prior to the interview.

☐ 5. If a mixed case, I informed counselee of the mixed case election procedures in 29 C.F.R. §1614.302.

☐ 6. If age discrimination was alleged, I informed counselee of the alternate procedures available for pursuing age claims, as outlined in 29 C.F.R. §1614.201.

☐ 7. If a sex based claim of wage discrimination was alleged under Equal Pay Act (EPA), I advised counselee of his/her right to bypass the administrative procedure and file a civil action, as outlined in 29 C.F.R. §1614.408.

☐ 8. If discrimination based on disability was alleged I informed counselee of his/her requirement to submit documentation of his/her disability. Documentation HAS ____ / HAS NOT ____ been submitted.

☐ 9. If counselee presented his/herself as an agent of a class, I explained the class complaint procedures and the class agent's responsibilities, as outlined in 29 C.F.R.§1614.204.

☒ 10. I informed counselee of his/her requirement to immediately notify the area NEEOISO-EEO Contact Center and EEOC if the representative's or his/her mailing addresses change.

☐ 11. I explained that I will not be the one who will make the decision on the acceptability of counselee's claim(s); but, there is a possibility that, for the reason(s) I have briefly restated below, the claim(s) will be dismissed in accordance with 29 C.F.R.1614.107.

_____

Counselee alleges discrimination based on Retaliation when on 4/26/2013 he was followed to work and on an unspecified date, counselee alleges vandalism of his car while at work. Counselee states that members of management are following him to work, attempting to intimidate him by following him closely and monitoring him while he visits public establishments. Counselee states RMO Rubach followed him to and from work on several occasions. Counselee states that management has been following him for a long time and they have requested the Duval County Police Department to follow him as well. Counselee states that he has maintained a professional attitude but will not continue to be harassed in this manner.

RMO, Kenneth Joe, Sup. Dist. Operations (SDO) at National Distribution Center (NDC) – May 28, 2013 RMO Joe stated he did not discriminate towards the counselee. RMO states, no one was hired to follow counselee to or from work. RMO states that around the same time counselee filed this EEO, he approached counselee and instructed him to stop using his cell phone while working. After this conversation, RMO held a safety talk and expressed his concerns of employees using cell phones while working and the dangers of doing this. RMO states he was told years ago by counselee that someone vandalized counselee's car. RMO further states, that at that time, surveillance of the area where counselee parked was reviewed and they could not see when or if someone vandalized the vehicle. RMO states that counselee has not made him aware of any new issues of vandalism.

RMO, David Rubach, SDO – May 31, 2013 – RMO Rubach stated that he did not discriminate or harass counselee on April 26, 2013. RMO states that both the counselee and he travel to work using I-295N, if counselee sees RMO behind him- it is not because RMO is intentionally following him. RMO states, this is the direction he travels to work daily (a great percentage of employees travel this direction to the NDC) and he and counselee had similar schedules. RMO states he will often pass people on the road and if he passed or followed or was directly in front of counselee, it was not because he was attempting to intimidate counselee but that he is only trying to get to work. . RMO states he was never notified of anyone doing damage to counselee's vehicle.

| Date of mediation | Disposition | | |
|---|---|---|---|
| Rejected by the counselee | | ☐ Resolved | ☐ Not Resolved |

In that the matter could not be resolved in counseling, on 6/5/2013, PS Form 2579-A and PS Form 2565 were mailed to the counselee via Priority w/Signature Confirmation # 2308 3250 0000 7888 3984. Records reflect the NRTF forms were received on 6/11/2013.

The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants

or other benefits; to a congressional office at your request, to an expert, consultant or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

| Office Address of Dispute Resolution Specialist (No., Street, City, State, and Zip + 4) | Office Address of Manager EEO Compliance & Appeals (No., Street, City, State, and Zip + 4) |
|---|---|
| 7415 Commonwealth Ave Jacksonville FL 32099-9998 | SOUTHEAST AREA OPERATIONS 225 NORTH HUMPHREYS BLVD MEMPHIS TN 38166-0978 |

| Specialist's Office Telephone No. | Specialist's Office Hours | |
|---|---|---|
| (904) 783-7286 | 0730-1630 | |

| Signature of EEO Dispute Resolution Specialist | Typed Name of EEO Dispute Resolution Specialist | Date |
|---|---|---|
| Wendy Fuller | Wendy Fuller | 6/19/2013 |

PS Form **2570**, October 2010 (Page 3 of 3)

at or around JUNE 04, 200'1

Name is Richard Wallace McLaughlin, 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, I worked at the BMC 7415 Commonwealth Road, Jacksonville, FL 32099, and I have reason to believe culprits working for the BMC intercepted my first EEO package in the mail. I had mailed on June 4, 2007, I didn't get the letter certified and I am sending this draft and I have requested another EEO package. I saw a BMC employee name Mike Lammona who used to be assigned at the BMC as a mail handler working at the nearest post office, near my house and I am very suspicious of him. Because he was also a 204b at the BMC and he knows all about me from management, he was and still is part of management. He is currently on a detailed and I have reason to believe, if I send anything from the Westland Post Office were he works or at any of the surrounding post office, concerning EEO or anything in that nature to Washington D.C., in my opinion they would have my package intercepted because management work together and stick together no matter what happens. I have sent the first package first class mail at the orange park mall on June 4, 2007 and I don't trust them either, the postal system are notorious for there networking, concerning management. I was waiting on someone to contact me concerning my EEO package and as of Friday June 8, 2007 I still do not have a answer, the reason I believe my EEO package could have been intercepted, when I went to work on Tuesday June 5, 2007 management was looking at me very suspicious as if they knew, what I had written, in my EEO package. When I feel this way ninety nine percent of the time, I am right on target.

I want to summarize, my eight years with the Postal Service. I want to start off by telling a little about myself, I am a family man with a wife and three children. Who I work so hard for and I want to provide a future for, my family my name is Richard Wallace McLaughlin; I have work for the Postal Service for about eight years. I have about five pride awards and including one from the GMF diversity team. I am a ten-year Navy veteran, with various awards and ribbons throughout my naval career. I want to say that, I am proud to have served my country with dignity and respect and have work for the government for almost ten years, and my naval service time have given me a total of almost 20 years of government service. I have almost seven hundred hours or more of sick leave and over 400 hours annual leave. According to my peers and co-workers, I am a model postal worker. I am also a Minister/Preacher I am a Christian; I attend church service two or three times a week. I am licensed to preach in the prisons, I will be conducting church service June 10, 2007 at Baker County Correctional Facility. I don't drink alcohol or smoke and I don't use profanity and never have used profanity. I am honored to have served a great country as the USA. Even though as an African American/Black person serving in the military for our freedom. The African American is not totally free in his own county and can die for his county and still is treated like a second and third class, citizen. My unit had fought over in Iraq in 1991 and 1992. The same thing that happened almost thirty years ago in Vietnam in the seventies. African American still had trouble getting fair; treatment and the same thing still exist today. Even though we have made great strides, trying to improve equality. Things are much better today than; it was in the old days. We still have a long way to go, even in America churches are considered to be the most segregated hour in America this is a problem. If the church can't get it right who can? There is a underline truth with the plight of African American people anyway this is not nothing knew, during slavery white America attended church as normal. Even though reading the Bible and following Jesus Christ he was supposed to be the outline for mankind. That was the reason for the Civil War try to abolish slavery and the evils it brought on a people. **Even though slavery was continuing mostly in the south. There were Blacks in the south that fought to keep slavery alive. My point with this most Blacks still, will not speak up for what they know is right. Racism is wrong and discrimination is**

wrong. I am not alone when writing this letter ninety nine percent will admit, BMC is one of worst Federal Government jobs to work in this country, most of African Americans will not speak up, they only talk among themselves. As long as they make a certain amount of money they're happy. My belief is never comprise your integrity, with no one, I am a follower of Jesus Christ, Abraham Lincoln and Martin Luther King, Jr. three men who laid their life down for freedom and who most of the Christian world follows today. Even talking to the President of the union Warren Sapp in his own, words <u>said and I quote "One day the BMC will have a big riot between the Blacks and the Whites.</u>" My response to him is he needs some outside help, because the majority of the people in leadership will not change, if the leadership allows this to go on, there is no hope. I want to be part of the solution not the problem.

I am a quiet person, I don't bother anyone, I just do my job and try to support my family and I am not trying to re-invent the Civil Rights Bill, I have been push and push in the corner so long. I will not keep silent anymore and I haven't keep silent about some of the issues at the BMC. **Even written this letter my life could be in danger, I told my wife that I would write a EEO and she is scared for me everyday because of the problems, I have endured at the BMC I just wanted to make a living for my family and watch my children grow-up, just as Martin Luther King did I feel the same way he did and I am willing to lay down my life for this evil that exist at the BMC. If I would lay down my life for this country I will have to lay it down so the truth will be told and I have been targeted every since I have been at the GMF. Management at the BMC knew who I was before I check in. I had so many white co-workers looking at me with so much hatred as if I had rape President Bush eight-year-old daughter. I am just given this scenario and I still get the same look today. I don't understand it but it is reality and the Black 204B's also which is a part of management does the same thing. I am not making this up just do the interview and if they tell you the truth it will come out. Even I have a perfect attendance record and sick leave record and I do what I am told, to do on daily basics. I have called the hot line in Washington D.C., and reported the things that go on even though I didn't give my name, they knew it was me and when I return to work I got more stares and rejection as though they wanted to kill me.**

I don't expect the place to be a heaven on earth, either, I was in the Navy for ten years and never endured half of the things, and I have endured as a postal worker at the BMC. I have talk to Kathy Silcox MDO in her office before and she; don't care because she is one of the problems. She don't care about equality, Larry Christener was also the same way and is not the MDO on Tour I. They are white and don't care Kathy Silcox is a white female and Larry Christener is a White male. Larry Christener was in trouble grabbing or pushing Tony Varner, who is a black employee and still works in States NMO's and I was on leave at the time of the incident but I believe it to be true considering, he is not in the MDO anymore. I will give a chronological timetable of current events that lead me to file, this EEO. There are grievances on Kathy Silcox for breaking rules that's set by management and the union, with moving me out of my work place and putting other co-workers their who is not even assigned to FL NMO's. And I didn't even write most of the times she broke the rules and she know the rules. I have endured this for three years and I didn't want to write this EEO honestly. I could be cutting my grass or painting my house, my sons have a football game at 5:30 pm. I really am not about seeing people, go down but something has to be done about this place. I am really a optimistic person and I am upbeat and I have a lot of white friends, my wife is Spanish, her sister is married to a white guy, we are all mix up. We need to get out of the old way and treat people the same. **I didn't go in**

**the military and serve for a white America a black America; I went to serve for America. When I was in the military we work together, party together, prayed together, died together and a lot of people in the Postal System do not understand that. They just considered you as a black person or white, Spanish. What is Blacks doing over in Iraq, if they are fighting for the Iraq's freedom what about their own freedom in America, as Americans we must embrace change and most of the older generations is not willingly to do that??? And my answer to that is go find another job, maybe with the KKK. This is a very painstaking letter for me to write the facts are alarming. Some employees don't want to work beside certain employee's and management never address these issues, these issues must be address in order to have a safe and productivity environment, some of the times it is race issues and black and white issues, not all of the time but moving the individual to another location temporarily is not solving the problem.**

My problem started around May 2000, I called in sick on a three day weekend and was given a letter of warning, I had called in once in almost two years and the second time, I called in I received a letter of warning to me and the union rep, that was a little harsh. Not only that single incident, but other incidents lead me to file an EEO. I was also given an AWOL even though I had called the supervisor pager. I won the case and the letter of warning was thrown out as well as the AWOL. Someone had put a nut or bolt in my food while at Monument Station and I had put that in my previous EEO. The Station Manager was Brian Gordan, I had to file an EEO because, I was targeted because, and I had fought back against the letter of warning and AWOL charges.

Monument Station 1999 to 2000

Air Mail Facility 2000 to 2001
General Mail Facility 2001 to 2003
Bulk Mail Facility 2003 to current

I received one Pride Award from the AMF and three Pride Awards for the GMF and two in the same year and one from the Diversity Community and another one from the GMF. I was a clerk, I worked the DBCS machine. I would feed the mail and sweep at the same time. The DBCS was a two-man operation but I could do it by self and I did what it took to get the mail out. I receive a Pride Award at the AMF for working hard and it paid off. I was use to having meet short deadlines in the Navy. So that was nothing knew to me. I wasn't harass as much at the AMF reason being there was a African American in the change of command, and his name was Mr. Otis, I don't remember his last name but he was on Tour I. I know he was very sick at one time. I love the Air Mail Facility, but it was two far for me to drive. I had work at Monument Station Post Office and both of them were thirty-five miles one-way and I didn't like driving over the Matthew Bridge everyday. I stayed on the Westside, close to Orange Park, I wanted something more convenient. I had met Stacy at the AMF and she had a friend at the GMF, she lived closer to the AMF and we agreed to swap, since we were both PTF. Stacy was white and her friend was white. I don't remember her name now. I know Stacy had job as a clerk at the GMF and her friend work at the GMF personnel office, she help me transfer to the BMC.

While being station at Monument Station, Brian Gordon had friends in high places, Brian Gordon is white male. He had a white co-worker in management, her name is Nancy Pardine, and she was MDO Tour I at the GMF. Alone with Mike Phelps which recently passed away. I think Nancy Pardine is in charge at the Priority Mail Facility. I started to notice every time I went to the bathroom to and from the break room someone with a radio was following me. Even sometimes Nancy Pardine was waiting on me to come out of the restroom. I notice most of the people would be management, maintenance personnel and 204b's watching me. Most of management was white and some black, the same way with the 204b's. They had another individual following me that work in in-plant support at the GMF, his name was Doug Emory, a clerk with a radio and he would come to the Air Mail Facility, too watch me also. The person that was in charge of in-plant support at the GMF is also now in charge of in-plant support at the BMC and his name is Mr. Paul J. Apolinario I knew this was not good, and I was not afraid because I know how to go by the book and I was not doing anything wrong and I am a strong will person, after all I had survive ten years of military duty. I know how to do the right thing and I am Christian I took my Bible to work, everyday because I am a preacher of the Gospel. I went to break came back on time since we clock out to and from breaks. I said this would be short lived; management would find out the truth and leave me alone. But the same things that happened four years ago are still happened today. How else could a man be hated so much, when I just had arrived at the BMC, I had so many enemies and I had just check-in. You don't have to be a rocket scientist to figure these things out. **I had a talk with Mr. Otis at the AMF while, I was there and I ask him about being a 204b at one time, his response was if they don't like you, they don't like you. I guess he meant the white management. I really couldn't understand since I was awarded a pride award for a job well done. I met another black manager at the GMF and her words were more startling, her name is Robin which she is a black female who was over the DBCS machines. She repeated something similar she said they were out to get me, was her very words; again I assumed she meant the white management and. I responded get me for what and she said she didn't know. I told her they could watch me until I retire. The only thing I can figure out is the prior EEO from Monument since Nancy Pardine MDO at the GMF was linked to monument station. I received three Pride Award's at the GMF and one from the diversity team at the GMF. I could not figure out why I was being treated this way and later on Kathy Silcox and management, and everyone that carries a radio, 204'bs, especially maintenance personnel at the BMC has targeted me. It is illegal to go around and suspect a individual is doing something wrong, Jacksonville Sheriff Office was doing about five years ago. Example if a Black person owned a Bentley, which is a 300.000 to a 500.000-dollar car or Mercedes Benz you could not follow that person around just because. That was considered profiling a person that was illegal. And another thing a man is innocent until proven guilty. I feel like often times it's the other way around when it comes to African Americans a person is Guilty and have to prove he is innocent. I am innocent and I am a tax paying citizen and a registered voter and I don't deserve this kind of treatment.**

I have talk to Kathy Silcox about this and I have talk to Mr. Lloyd Brumagin, he was the Plant Manager for thirty something years and in my opinion he has made the BMC, like unto Selma Alabama in the sixties or Birmingham Alabama. He assured me nothing was wrong and he said I did my job. I talk to him after my Tour was over; the tour is over about 0830 in the morning. I knew he was not telling the truth and when I left to go home a JSO car was outside in the parking

lot. I am assuming that they thought I would be violent and the Jacksonville Officer would come and have me arrested. I know this to be true myself having experience some of this myself, a lot of people do think most blacks are violent and this is a very bad misconception, it's sad but it's true. My problems with the BMC begin and end with management, if you file an EEO or anything every white person in the building knows about it. Management talk with other white workers about things they should not be discussion. There is not integrity within the ranks only, when it come down to black and white issues, they talk among themselves everybody white included. It's as if we are playing by a different set of rules, even though the government has established its rules and discrimination is against government policy and its in black and white writing. I believe the knew BMC manager will do a better job racial issues must be address. I will try to list dates and time of certain incidents, that lead me to file an EEO. If I don't file one I am not protecting my civil rights and if something happens to me if, if I get hurt or killed there is no record of what I am saying that's why I have to filed one. I have talk to the BMC Plant Manager Mr. Lloyd Brumagin and I stated, why would a man with a family, with a wife and three children and a wife who don't work, because day care would be more than she would make. And with a two-year-old daughter jeopardize, his career and lively hood over something stupid and he said you are right. I talk with Kathy Silcox and she denied the claim as well, she began to talk about family matters in general, nothing that was pertaining to the subject, that I had ask her about. I ask her about why was maintenance following me around on their bi-cycles and management and 204b's they are part of management. Some of the 204b's I will name, Sharon Hall, Ted Demas, J.B. Williams, Tyrone Weeks before he made supervisory and even the new 204'bs that don't even know anything about me only what management has told them, and they are all negative and lies. I explain to her, I was aware of everything that was going on, the same method was done at the GMF and the same was being done at the BMC. I consider myself as a military man and one the military teaches you is observation more than anything. I can feel my surrounding and know something is not right. I was with PHIBCB-2 in Little Creek, Amphibious base, we camp out in the field's months at a time. I was in Army JROTC in North Carolina and the military is a unique force to be in, I learned how to survey an area. I learned movement of anything that's surrounding my area. I know what I am saying is true to the best of my ability. Most of the people that are doing this, I know and studied every move they make. Trust me they are trying to be like some unique unit like the FBI and CIA or SWAT team, with no training. They are unskilled men with radio's some of them don't even have half the training, I have. I am talking about Management, Maintenance personnel, 204b's what is the purpose of following, me to the restroom, break room, when I come to work and when I leave work, this is a form of intimidation and humiliation which is illegal to any individual. The only reason they could be using a tactic like this, they are trying to provoke me to a fight and then I would lose my job but the only problem is they don't know, who they are dealing with and they pick the wrong one and I am a man of God. I might not have a lot of money and materialistic things but one thing I do have. **I have integrity**. I list scheduled of events that push me to file, this EEO.

I check-in around June 2004, shortly after two employees had a fistfight, I didn't know them I only heard about it. I found out it was a black employee and a white employee and I don't know who hit who first. The black employee lost his job and the white employee still drives the forklift and he is currently on Tour 3 and he walks with a limp.

I believe Bill Benntifield who is white was the supervisory at Inbound South, over the individuals that had the fight shortly after I arrived. The word was told to me, before he was a manager he stated to a co-worker who he thought was white, while they were working in the truck working the mail. His comments were we must stop them Niggers from progressing, he stated that to a man handler on Tour3. His name is Sonyaii or something close to it. The employees still talk about it today, I have never asked the employee about it but I have heard of it from three or four employees without even asking them any information about the situation.

Bill Benntifield has been the MDO on Tour 1 and a person with that mentality, should not be in management anywhere in this country especially over military veterans. I was told he has never been in the military before, he also has watch me at the clock, to and from breaks as well.

Bill Benntifield is probably in the head leader of racial issues at the BMC, he comes in or around 0430 in the morning. He plays behind the seen as if employees do not no what he is up to, and I now he is personally involved with targeting me and Jimmy Pope, which is his buddy. Once upon a time he was upgrading a driver to level 5 every single day, which mail handlers is level 4. I was number 4 on the seniority list of drivers operating, the forklift the mule and other equipment we were supposed to be pick in seniority order to drive the forklift and to be upgraded to level 5 which is more money. Darryl Spencer is white and he was not even in the top ten or probably he was number 15 or so and Bill Benntifield would have him driving every single day for months an employee reported this to the union and I don't know the outcome or action that was taken Warren Sapp was handling the case. Bill Bentifield and Kathy Silcox target me on a daily basis. Once upon a time for about 10 month period. I was moved to South Inbound everyday to work a sack truck, which is not even my bid job my bid job is Fl NMO's even while other South Inbound personnel stood around and talk, so I complain to the union and Tyrone Stanley said something to Dave Ruback which is a new supervisor and they stop putting me in the sack truck everyday, which is not part of my bid job. Sometimes, I did two sack trucks in a couple of hours, when it takes most mail handlers much longer and I didn't complain. I was always moved from my bid job area from 0630 to 0830, and I don't mind making critical deadlines or moving another bid job area but most of the time the truck was staked from top to bottom with sacks normally two people was put in the sack truck and I didn't have any help and they told me the truck had to be out by 0830 and ninety nine percent of the time the truck was out on time if the sack system stayed up. This happened from probably mid 2006 until beginning 2007.

This happened, I want to say around fall 2003. An employee name Steve from Alabama called Tony Varner a Nigger; we were PTF assigned to North West Inbound unloading trucks. I didn't hear him I was about thirty or forty feet from them. I saw other co-workers trying to break them up. There was not a punch thrown as far I could see. Steve later apologized I hear and Tony told me he would not accept his apology.

Later on that same year, I saw John Murphy who is white and is in management on tour 3 approached a person name Quinton who is black he work at Secondary on Tour I, something

about being out of his work area. I saw John Murphy yelling and screaming at him and they were face to face as if they were going to fight. I have never experience, this anywhere in almost 20 years of combined military and postal service. They exchange a few words and he left and went back to his work area. I am not defending him because he is an African American employee, he shouldn't have been out of his work area, but the manager John Murphy could have handled the situation differently. The Post Office put out material to be read in Stand-Up talk, about work place violence and I seen for my own eyes, that some of the managers are part of the problem and not the solution. My point being it's not your job to scream at a grown man. Put him on the pad write him up, discipline him or her with the pen.

**I can understand why the Postal Service was always on the news for workplace violence and the term was always being used about someone going postal. Leadership is responsible for making things right and if you have, people in leadership with issues and no one want to ever address these issues, the whole ship will sink eventually.**

In or around 2004, I noticed Kathy Wilcox and Jerry New talking outside while I was leaving work. I always observed and studied the area, as well as people, I was a PTF mailhander at the time. I was assigned to FL NMO's and later moved to Secondary docks. I came to work at midnight and was move from FL NMO's. In Secondary docks your job is to dispatch trucks to other places. I noticed that the Gainesville, FL truck was due out at 01:15; I had around thirty minutes to load and tie the truck down. While mail handlers was still bringing mail to the truck, that's normal but what wasn't normal was sixteen GPC'S was facing the other side of the loop, with the Gainesville tag facing the other direction. I got the mail onto the truck in time with the help of another employee name Alphonsa Russ he is a retired Major in the Air Force; he is an older employee with gray hair on Tour 3. He discovered the mail out of place and told me. I had worked secondary probably one or two times before, if I hadn't got the mail out, I could have been writing up for delaying the mail and I think Kathy Silcox and Jerry New had purpose to set me up because the day before I saw them talking. I talk with Jerry New the supervisor after the fact and ask him. What the GPC'S where doing out of place and he said he knew they were out of place and I ask him why he never told me about it, and he didn't have an answer, since I had such a short time frame to get the mail onto the truck, why didn't Management send me over there at mid night so I would have ample amount of time to make the dispatch, that's when I realized that I was being targeted again and set up once again. I had Alphonsa Russ write me a statement, because I knew what was happening I have the statement somewhere at home and I will be looking for it for proof and I will produce it for evidence in the near future. Mr. Paul J. Apolinario BMC In-Plant support know who I am and I know who he is, he was in charge of In-Plant support at the GMC and I know he was aware of what was going on and still going on. I am sure he provided a lot of information made up about me that was never true. Since his main In-Plant support clerk used to follow me around like a fugitive. I just don't understand it, I wish someone would come forward and tell me why should an innocent man endure such harassment. Show me some evidence of what I have done wrong to deserve this, I just want to have my name cleared, the wrong need to be made right, that's what I stated to Mr. Lloyd Brumagin.

In or around August 2005, while I was working in Northwest Inbound unloading trucks. I use a black bag to put my keys in, my wallet and other personal belongings in, I normally hang my

black bag up alone with, the jackets, sweaters and other items, we have a place to put our things, because when you are working hard unloading trucks it gets hot, the lighter you are the better. As I was leaving work to go home, I went into my black bag, to get my key to start my truck someone had taken my key off the key chain and I could not go home and my wife had a Doctors appointment, she was seven months pregnant. I had an employee by the name of Keith Hall who work on Tour II give me a ride home, to get another key, and my wife was very stressed out. That prompted me to call Washington D.C. hot line and I reported it to them along with the other things that I was going through, I remained anonymous. I also went back inside and tried to find it and I ask the control room and no one had seen anything. The odds are probably one in a million of one key fallen off your key chain. I believe someone had done this with all the things I have endured so far in the Postal System. I have been targeted and hunting like a criminal since monument station. What have I did wrong still remains a mystery; besides that first EEO I filed at monument.

My wife was so worried about my safety, that the key was still missing and she didn't want anyone plant drugs or anything in my truck with was a gold 2004 Nissan Frontier, it had a access cab. I wanted to get a bigger truck because; I had another addition to the family. I had been looking at the Toyota's trucks and I traded it for a black Toyota Tundra it was very beautiful four doors, double cap. Someone keyed it very badly in the back and I was hit on the right front side and I believe someone at work had doing this. I parked my truck at the back, under the light away from everyone, because I didn't want anyone hitting it. I even parked where a median was on the right side of me. Someone had grazed the right front of my black truck with a light colored orange vehicle. I haven't seen any orange vehicles at the BMC, besides maintenance orange vehicle and I wrote a report on what I think happened to my black Toyota Tundra pick up truck. I have a police report on it as well, I talk to MDO Tour 2 Susie Gibson and she called the maintenance supervisor and they look over my truck and acknowledge that it look like the same color paint. I wrote a letter concerning it I labeled it as enclosure (1). I believe someone higher up want to kick me out of the Postal Service. I have a wife and three children, who really depend on my support. I beg and pleaded for seven years not to write another EEO but I believe this EEO might save my life and I don't have any choice. Race issues is really that bad, I don't wish anything bad on any person, I just want to be left alone. I want to see my children grow up and graduate from college and become somebody some day. I would not be able to stand up without the help of God each and everyday I feel like I have a 1,000 tons of bricks on my shoulder and at this point, I don't know what else to do, I was considering EAP. I need to get help from some outside source to investigate my situation ASAP. I have never undermined authority, I have so much respect for our for fathers of this country Thomas Jefferson, George Washington, John F. Kennedy, Abraham Lincoln, John Quincy Adams, Martin Luther King Jr., Ulysses S. Grant, Winston Churchhill and Franklin D. Roosevelt and the list goes on and on. The problem with management at the BMC they don't understand integrity, I have some of the same qualities as our forefathers and I especially know the God of the Bible, like they did. I am sorry to have written such a lengthy letter but my lively hood is on the line, for no reason. I am an innocent man. That's all management see is the color of your skin and not the contents of your character, I have waited seven years, just to prove, I was not trying to re-create the civil rights bill and be a person just by filing EEO's. I just want to be known as a hard working American, I attended Liberty University, online Christian College which Jerry Falwell founded and when Billy Graham was in Jacksonville FL, I help in his crusade I was working on my B.S. degree, I had to

stop with all the stress at work and work load at home, having a two year old daughter and two sons that play football and basketball with the YMCA that's all I am about and my lovely wife from Panama who I love dearly. I am grateful to have a job at the BMC and the Postal Service, I grew up working in the one hundred degree tobacco fields North Carolina, I am a country boy, we have our farm, hogs, chickens and tractors. I know how to work and strange as it seems I have been a pacesetter everywhere I have gone including the BMC. I don't know who misunderstood me alone the way I am sorry if I offended anyone, I have always displayed the character of Christ, he was murdered, crucified and he was an innocent man and the Son of God. I am an innocent man just like him the Bible states that, Christians shall be persecuted, for righteous sake as he was and sometimes losing your life. I feel exactly like him, but racism and discrimination practices need to be exposed, I will be the sacrificial Lamb for the BMC so the truth may be told and my life will not be in vain. I stated those same words to a fellow North Carolina person in management who name is Chuck Cornier, If I was willing to lay down my life in the military, I am not afraid to die but if I die let it be for a because and then my life will not be in vain. CLOSING COMMENTS.

1-888-877-7644

HotLine USPS.Gov

#724

I have been in Contact with the Postal inspectors since day 1, and they Keep saying that's nothing going on with my vehicle and I beg the differ. I once sent them a package and they mailed it back to Management where I work instead of investigating the allegations. Contacted them after truck incidents in ~~Appro~~ Nov 06 or @ Early Part of 07.

Customer Number: **145165**    Invoice No:**31814**

*INVOICE*
DUPLICATE 2
PAGE 1

**RICHARD WALLACE MCLAUGHLIN**
7452 CLIFF COTTAGE DR
JACKSONVILLE, FL 32244-4450
Home: 904-779-2440  Bus: 904-783-7125  Cell:
Email:

## VW of Orange Park
1481 Wells Road
Orange Park, FL  32073
Phone: (904) 269-2603
Fax: (904) 269-2617
FL. MV#05836

SERVICE ADVISOR:  403 PAUL O BERGERON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|-----------|-----|---------|-----------------|-----|
| BLUE | 06 | VOLKSWAGEN JETTA | 3VWCT71K66M848318 | | 34142  34142 | T5445 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| 31MAR07 | | | 18:00 06OCT08 | | | CASH | 06OCT08 |

| R.O. OPENED | READY | OPTIONS: STK:60222 DLR:NO |
|-------------|-------|---------------------------|
| 09:22 06OCT08 | 09:38 06OCT08 | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|--|------|-----|-------|

A CUST STATES LOW TIRE WARNING ON
     MISC INFLATE REAR TIRES TO SPEC,BOTH WERE LOW
           999    IT                                                    (N/C)
           *******************************************************
NO PROBLEMS FOUND WITH TIRES    *******************************************************
                               * Thank you for servicing with the all new  *
                               *          "VW of Orange Park"               *
                               * Service Hours are M-F 7am-6pm Sat 8am-5pm *
                               * Save $ all we need is your E-MAIL Address  *
                               *  THANK YOU for allowing us to serve you    *
                               *******************************************************

*I started taking my car to the dealer in orange Park*

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | $ 0.00 |
| PARTS AMOUNT | $ 0.00 |
| GAS, OIL, LUBE | $ 0.00 |
| SUBLET AMOUNT | $ 0.00 |
| MISC. CHARGES | $ 0.00 |
| TOTAL CHARGES | $ 0.00 |
| LESS INSURANCE | $ 0.00 |
| SALES TAX | $ 0.00 |
| PLEASE PAY THIS AMOUNT | $ 0.00 |

(SIGNED)    DEALER, GENERAL MANAGER OR AUTHORIZED PERSON    (DATE)

CUSTOMER SIGNATURE
X

*Customer Copy*

X45i2.200_1

*INVOICE*

PAGE 1



**VW of Orange Park**
1481 Wells Road
Orange Park, FL 32073
Phone: (904) 269-2603
Fax: (904) 269-2617
FL. MV#05836

RICHARD WALLACE MCLAUGHLIN
7452 CLIFF COTTAGE DR
JACKSONVILLE, FL 32244-4450
Home: 904-779-2440  Bus: 904-783-7125  Cell:
Email:

SERVICE ADVISOR: **437 IRIS E HUNTER**

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|------------|-----|---------|-----------------|-----|
| BLUE | 06 | VOLKSWAGEN JETTA | 3VWCT71K66M848318 | | 35114  35114 | T4170 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| 31MAR07 | | | 18:00 21OCT08 | | | CASH | 21OCT08 |

| R.O. OPENED | READY | OPTIONS: STK:60222 DLR:NO |
|-------------|-------|---------------------------|
| 08:27 21OCT08 | 08:52 21OCT08 | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|---|------|-----|-------|

A CUST STATES DR SIDE REAR TIRE HAS SLOW LEAK]
   9002 REPAIRED DR SIDE REAR TIRE
        418    CA                                      29.85      29.85
   ***************************************************
CUSTOMER PAY WASTE/SUPPLIES FOR REPAIR ORDER                          2.99
   ***************************************************
   * Thank you for servicing with the all new  *
   *          "VW of Orange Park"               *
   * Service Hours are M-F 7am-6pm Sat 8am-5pm  *
   * Save $ all we need is your E-MAIL Address  *
   *  THANK YOU for allowing us to serve you    *
   ***************************************************

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

(SIGNED)    DEALER, GENERAL MANAGER OR AUTHORIZED PERSON    (DATE)

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in

CUSTOMER SIGNATURE
X

| DESCRIPTION | TOTALS | |
|-------------|--------|---|
| LABOR AMOUNT | $ | 29.85 |
| PARTS AMOUNT | $ | 0.00 |
| GAS, OIL, LUBE | $ | 0.00 |
| SUBLET AMOUNT | $ | 0.00 |
| MISC. CHARGES | $ | 2.99 |
| TOTAL CHARGES | $ | 32.84 |
| LESS INSURANCE | $ | 0.00 |
| SALES TAX | $ | 2.30 |
| PLEASE PAY THIS AMOUNT | $ | 35.14 |

*Customer Copy*

X45\2.20\_1



# VW of Orange Park
1481 Wells Road
Orange Park, FL  32073
Phone: (904) 269-2603
Fax: (904) 269-2617
FL. MV#05836

**RICHARD WALLACE MCLAUGHLIN**
7452 CLIFF COTTAGE DR
JACKSONVILLE, FL 32244-4450
Home: 904-779-2440   Bus: 904-783-7125   Cell:
Email:

*INVOICE*

PAGE 1

SERVICE ADVISOR:  403 PAUL O BERGERON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
| BLUE | 06 | VOLKSWAGEN JETTA | 3VWCT71K66M848318 | | 35842  35843 | T4347 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| 31MAR07 | | | 18:00 03NOV08 | | | CASH | 03NOV08 |

| R.O. OPENED | READY | OPTIONS: STK:60222 DLR:NO |
|-------------|-------|---------------------------|
| 08:26 03NOV08 | 10:16 03NOV08 | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|------|------|------|------|

A CUST STATES CHECK ENGINE LIGHT ON PARTS HERE
CAUSE: E
   MISC REPLACED GLOW PLUG
     401    WA                                                (N/C)
     1 N-105-916-04 GLOW PLUG                       (N/C)
   FC:
   PART#:
   COUNT:
   CLAIM TYPE:
   AUTH CODE:
       *

*Paul Bergeron.*
*He Gave us the mail*
*Was paid the tire that day.*

,,,,35842 1 DTC CYL. 3 GLOW PLUG FAULT DIAG. PER GFF ON PREV. VISIT
,,,,FOUND GLOW PLUG BAD.INSTALLED NEW GLOW PLUG ON THIS VISIT. REPLACED
,,,,CYL. 3 GLOW PLUG
        **************************************************
B CUST STATES L/F TIRE HAS A LEAK
   MISC FOND NAIL IN TIRE REPAIRED
     401    CA                              14.95     14.95
,,,,35842 L/F TIRE HAS NAIL IN IT PLUGGED L/F TIRE
        **************************************************

*L/R TIRE REPAIRED*
*LAST VISIT*
*Paul Bergeron*

          *****************************************************
        * Thank you for servicing with the all new  *
        *     "VW of Orange Park"       *
        * $ervice Hours are M-F 7am-6pm Sat 8am-5pm *
        * $ave $ all we need is your E-MAIL Address *
        *  THANK YOU for allowing us to serve you  *
        *****************************************************

*CASH*

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | $ 14.95 |
| PARTS AMOUNT | $ 0.00 |
| GAS, OIL, LUBE | $ 0.00 |
| SUBLET AMOUNT | $ 0.00 |
| MISC. CHARGES | $ 0.00 |
| TOTAL CHARGES | $ 14.95 |
| LESS INSURANCE | $ 0.00 |
| SALES TAX | $ 1.05 |
| **PLEASE PAY THIS AMOUNT** | $ **16.00** |

(SIGNED)   DEALER, GENERAL MANAGER OR AUTHORIZED PERSON   (DATE)
CUSTOMER SIGNATURE
X

*Customer Copy*                        Page  1 of  1

X45I2.280_1

*INVOICE*
DUPLICATE 1
PAGE 1



**VW of Orange Park**
1481 Wells Road
Orange Park, FL 32073
Phone: (904) 269-2603
Fax: (904) 269-2617
FL. MV#05836

**RICHARD WALLACE MCLAUGHLIN**
7452 CLIFF COTTAGE DR
JACKSONVILLE, FL 32244-4450
Home: 904-779-2440  Bus: 904-783-7125  Cell:
Email:

SERVICE ADVISOR: **403 PAUL O BERGERON**

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|-----------|-----|---------|-----------------|-----|
| BLUE | 06 | VOLKSWAGEN JETTA | 3VWCT71K66M848318 | | 36088  36092 | T4383 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| 31MAR07 | | | 18:00 07NOV08 | | | CASH | 11NOV08 |

R.O. OPENED | READY | OPTIONS: STK:60222 DLR:NO

10:04 07NOV08 | 14:17 11NOV08

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|---|------|-----|-------|

A CUST STATES CHECK ENGINE LIGHT ON
CAUSE: E
```
    MISC REPLACED VALVE
         401     WA                                                    (N/C)
      1 1J0-906-391-B PIPE                                             (N/C)
      1 111-971-939-B CONNECTOR                                        (N/C)
    FC:
    PART#:
    COUNT:
    CLAIM TYPE:
    AUTH CODE:
    *
,,,,36088 1 DTC GLOW PLUG FAULT DIAG PER GFF,CK 14 PIN CONNETOR IN L/F
,,,,OF ENGINE COMPARTMENT FOUND OIL PRESENT. OIL MIGRATION FROM PCV HEATOR
,,,,VAVLE. REPLACED PCV HEATOR VAVLE, CLEAN ALL CONNECTORS OPER. AS
,,,,DESIGNED
         ****************************************************
```
B CUST STATES TIRE WARNING LIGHT ON - CK L/F TIRE
```
    MISC PLUG TIRE
         401     IT                                                    (N/C)
,,,,36088 NAIL IN L/F TIRE PLUGGED TIRE OPER. AS DESIGNED
         ****************************************************
```
C** ENTERPRISE
```
    MISC NO RENTAL NEEDED
         99      IT                                                    (N/C)
         ****************************************************
```

```
         ***********************************************************
         *  Thank you for servicing with the all new              *
         *           "VW of Orange Park"                           *
         *  Service Hours are M-F 7am-6pm Sat 8am-5pm              *
         *  Save $ all we need is your E-MAIL Address              *
         *   THANK YOU for allowing us to serve you                *
         ***********************************************************
```

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

(SIGNED)   DEALER, GENERAL MANAGER OR AUTHORIZED PERSON   (DATE)

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item\items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | $  0.00 |
| PARTS AMOUNT | $  0.00 |
| GAS, OIL, LUBE | $  0.00 |
| SUBLET AMOUNT | $  0.00 |
| MISC. CHARGES | $  0.00 |
| TOTAL CHARGES | $  0.00 |
| LESS INSURANCE | $  0.00 |
| SALES TAX | $  0.00 |
| PLEASE PAY THIS AMOUNT | $  0.00 |

CUSTOMER SIGNATURE
X

***Customer Copy***

x45/2.200_1

CUSTOMER #: 703706

# O'Steen Volkswagen

11401 Philips Highway
JACKSONVILLE, FLORIDA 32256
(904) 322-5100
www.osteenvw.com

MV - 31619



RICHARD MCLAUGHLIN
7452 CLIFF COTTAGE DR
JACKSONVILLLE, FL 32244
HOME:904-772-8383  CONT:

**SALES DRAFT**

OSTEEN VW
11401 PHILLIPS HWY
JACKSONVILLE, FL 32256
TERMINAL 0746260

453 MICHAEL A SCIANDRA

| BUS: | | CELL: |
| --- | --- | --- |
| COLOR | YEAR | MAKE/M |
| | 06 | VOLKSWAGI |
| DEL. DATE | PROD. DATE | WARR. E |
| 31MAR07 DD | | |
| R.O. OPENED | | READ' |
| 09:44 14NOV08 | 11:33 14NC | |

601103041379615
11/14/2008  12:04:25
DIR XXXXXXXXXXX5683
INVOICE  490002 002
AUTH. CODE 014294

SALE TOTAL          $312.42

CUSTOMER COPY

| LICENSE | MILEAGE IN / OUT | TAG |
| --- | --- | --- |
| | 36330/36330 | T3562 |
| RATE | PAYMENT | INV. DATE |
| | CASH | 14NOV08 |

LINE OPCODE TECH TYPE HOUR
A CUSTOMER REQUESTS PLUG PATCH TIRE
    MB2T MOUNT AND BALANCE TWO TIRES
        486 CVWM
    2 0352277 205-55-16 CONT CONTIPROCONT
    2 TIRE DISPOSAL
PARTS:  260.00  LABOR:   31.98  OTHER:    0.00

| | LIST | NET | TOTAL |
| --- | --- | --- | --- |
| | | 31.98 | 31.98 |
| | 128.00 | 128.00 | 256.00 |
| | 2.00 | 2.00 | 4.00 |
| TOTAL LINE A: | | | 291.98 |

36330 LEAKING PLUG IN DRIVER FRONT TIRE SLOW LEAK. 1.00 REPLACED
BOTH FRONT TIRES TO KEEP EVEN.
*****************************************************
CUSTOMER APPRECIATION
PARTS AND SERVICE SPECIALS
VISIT WWW.OSTEENVW.COM

IF YOU ARE SURVEYED BY THE MANUFACTURER ABOUT
YOUR SERVICE VISIT, WE HOPE WE DESERVE YOUR
HIGHEST SCORE. SINCERELY, THE SERVICE TEAM.

*this is what we have, paid.
TO do because the tire
no was good any more.
because that nail*

P A I D
NOV 14 2008
BY:_____

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FROM (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

| DESCRIPTION | TOTALS |
| --- | --- |
| LABOR AMOUNT | 31.98 |
| PARTS AMOUNT | 260.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 291.98 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 20.44 |
| PLEASE PAY THIS AMOUNT | 312.42 |

(SIGNED)  DEALER, GENERAL MANAGER OR AUTHORIZED PERSON  (DATE)  CUSTOMER SIGNATURE

CONTINUING VIOLATION DOCTRINE

CUSTOMER #: 703706

574646

*INVOICE*

PAGE 1

RICHARD MCLAUGHLIN
7452 CLIFF COTTAGE DR
JACKSONVILLLE, FL 32244
HOME:904-772-8383 CONT:N/A
BUS:             CELL:

# O'Steen Volkswagen

11401 Philips Highway
JACKSONVILLE, FLORIDA 32256
(904) 322-5100
www.osteenvw.com

MV - 31619

SERVICE ADVISOR: 453 MICHAEL A SCIANDRA

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
|  | 06 | VOLKSWAGEN JETTA | 3VWCT71K66M848318 |  | 36330/36330 | T3562 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 31MAR07 DD |  |  | 18:00 14NOV08 |  |  | CASH | 14NOV08 |

| R.O. OPENED | READY | OPTIONS: |
|-------------|-------|----------|
| 09:44 14NOV08 | 11:33 14NOV08 |  |

| LINE OPCODE TECH TYPE HOURS |  | LIST | NET | TOTAL |
|---|---|---|---|---|

A CUSTOMER REQUESTS PLUG PATCH TIRE
  MB2T MOUNT AND BALANCE TWO TIRES
         486 CVWM                                         31.98    31.98
     2 0352277 205-55-16 CONT CONTIPROCONT    128.00   128.00   256.00
     2 TIRE DISPOSAL                             2.00     2.00     4.00
PARTS:    260.00  LABOR:     31.98  OTHER:     0.00  TOTAL LINE A:   291.98

36330 LEAKING PLUG IN DRIVER FRONT TIRE SLOW LEAK. 1.00 REPLACED
BOTH FRONT TIRES TO KEEP EVEN.
          *****************************************************

                    CUSTOMER APPRECIATION
                  PARTS AND SERVICE SPECIALS
                    VISIT WWW.OSTEENVW.COM

          IF YOU ARE SURVEYED BY THE MANUFACTURER ABOUT
          YOUR SERVICE VISIT, WE HOPE WE DESERVE YOUR
          HIGHEST SCORE. SINCERELY, THE SERVICE TEAM.

this is what we have paid.
To do because the tire
no was good any more.
because that noid

PAID

NOV 1 4 2008

BY:_____

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

(SIGNED)  DEALER, GENERAL MANAGER OR AUTHORIZED PERSON  (DATE)

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 31.98 |
| PARTS AMOUNT | 260.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 291.98 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 20.44 |
| PLEASE PAY THIS AMOUNT | 312.42 |

My wife wrote this her first language is spanish
she does not write English well. she was responding to Plant
Manager letter.

3 DEC of 2008 Richard
call. on his Job for make
appt for see it he plant
manager. Yvonne L. DA Cunha and the
Secretary Give the appt for
friday 5 of Dicember. at 1:00pm
with he plant manager yvonns
L. DA Wecker.

Dec.
4 they call. 11:44 am.
TO MY house # for tell hem.
come TO the app with the
plan manager at 3:00 pm they
change.


**UNITED STATES**
**POSTAL SERVICE**

November 28, 2008

Richard W. McLaughlin
7452 Cliff Cottage Drive
Jacksonville FL  32244-4450

Dear Mr. McLaughlin:

This is to acknowledge I have received your request for an appointment concerning vandalism of your car.

This matter has been investigated by the Office of the Inspector General with a finding of no vandalism.

If you still wish to meet with me, please contact my Secretary to set up an appointment.

Sincerely,

Yvonne L. Da Cunha Wecker

*Mrs. Wecker Wecker was the previous Plant Manager, she tried to say there was nothing going on until I showed her the pictures of my truck and the other reports. She was a white female. The vandalism stop, when I reported it to her and started back when she left. My response was on the next page.*

# TIRE LOW/12/06/09

01/15/09

BETWEEN TIME
01:07 — 01:15

Car Waiting on Me, when I left
work on 1/15/09 at or around 1:07.
Car was a white Acura, with Purple
Heart on the License Plate.

I observe this while leaving
work, I know this individual and the person who
drive this vehicle, he is white (an older white Man on TOUR III
which he work from 3PM-11:30 PM.

Given to me later Part of JAN, 2010

I was told to fork in the highlighted
area where the cameras are, I fork there
everynight, I am at work, where the circled area
is located still they say the cameras don't show
anything, Management gave this too me a month ago
Later Part of JAN, the incidents keep happening
As Late as FEB, 17 2010 as documented in my notes.
Incident have still happening after I filed a EEO after FEB 02
2010. I wrote in my EEO packaging concerning this matter. Its like being
beaten for example and somebody is redio Taping it, And they go before a all white
Jury and the culprits are acquitted.



P I

1 877 - 876 - 2455

ET57

C. BOX
DHX

08/09/08

PRESSURE LOW

09/09/08 TIRE PRESSURE 0840

12:00

1-88-
904 - 312 - 5223

MOBEL ( 904 - 813 - 5237 )

# U. S. POTAL SERVICE
# INSPECTORS

Haynie 28304 @aol.com